DAPPER ROSENBLIT LITVAK, LLP
William Litvak (SBN 90533)
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Tel.: (310) 477-5575
Fax: (310) 477-7090
wlitvak@drllaw.com

MASON LIETZ & KLINGER LLP
Gary M. Klinger *(Admitted Pro Hac Vice)*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRIAN SMALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPRO, USA, INC., d/b/a, PAYPRO ADMINSTRATORS, a California Corporation,<br><br>Defendant. | CASE NO. 5:20-CV-00553<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

{L0147654.1}

1

Plaintiff DEDRIAN SMALL and Defendant PAYPRO, USA., INC., d/b/a PAYPRO ADMINISTRATORS (collectively, the "Parties"), submit this Notice of Settlement notifying the Court that the Parties have reached an agreement to the principal terms of a settlement. In light of this, the Parties request that Defendant's response to Plaintiff's Complaint, which is presently due on June 26, 2020, be stayed while the Parties finalize a settlement agreement. The Parties anticipate filing a stipulated dismissal with prejudice no later than July 3, 2020.

Dated: June 25, 2020                MASON LIETZ & KLINGER LLP

                                    By: /s/ *Gary M. Klinger*
                                    Gary M. Klinger

                                    *Attorneys for Plaintiff*
                                    DEDRIAN SMALL


Dated: June 25, 2020                LONDON FISCHER LLP

                                    By: /s/ *Daniel Sanchez-Behar*
                                    Julie Van Wert
                                    Daniel Sanchez-Behar
                                    David M. Berke

                                    *Attorneys for Defendant*
                                    PAYPRO, USA, INC., d/b/a PAYPRO ADMINISTRATORS

**CERTIFICATE OF SERVICE**

On June 25, 2020, I caused this document to be filed and served on all ECF-registered counsel of record using the Court's CM/ECF system.

By: */s/ Gary M. Klinger*
Gary M. Klinger