1  JULIE VAN WERT (SBN 166712)
   jvanwert@londonfischer.com
2  JESSICA DETERING
3  jdetering@londonfischer.com (SBN 311688)
   LONDON FISCHER LLP
4  800 Wilshire Blvd., Suite 1550
   Los Angeles, CA 90017
5  T: (213) 404-0240 | Fax: (213) 404-0251

6
   Attorneys for Defendant
7  PAYPRO, USA, INC., DBA PAYPRO ADMINSTRATORS

8

9               **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| DEDRIAN SMALL, individually and on behalf of all others similarly situated, | CASE NO. 5:20-CV-00553 |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | |
| PAYPRO, USA, INC., D/B/A, PAYPRO ADMINSTRATORS, California Corporation, | |
| Defendants. | |

20     Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff
21 Dedrian Small, and Defendants PayPro, USA, Inc., dba PayPro Administrators, through their
22 counsel of record, hereby stipulate, in consideration of a confidential settlement executed by the
23 parties, to the dismissal of this action with prejudice, and request that the Court dismiss the action
24 in its entirety with prejudice as stipulated.
25 ///
26 ///
27 ///
28 ///

{L0153982.1}                        1
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

| | | |
|---|---|---|
| 1 | Dated: September 8, 2020 | MASON LIETZ & KLINGER LLP |
| 2 | | |
| 3 | | By: *Gary M. Klinger* |
| 4 | | Gary M. Klinger (*pro hac vice*)<br>*Attorneys for Plaintiff*<br>DEDRIAN SMALL |
| 5 | | |
| 6 | | |
| 7 | Dated: September 8, 2020 | LONDON FISCHER LLP |
| 8 | | |
| 9 | | |
| 10 | | By: *Julie Van Wert* |
| 11 | | Julie Van Wert<br>Jessica Detering<br>*Attorneys for Defendant*<br>PAYPRO, USA, INC.,<br>DBA PAYPRO ADMINSTRATOR |

LONDON FISCHER LLP
800 Wilshire Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240

{L0153982.1}    2
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

**PROOF OF SERVICE**
*Dedrian Small v. PayPro USA, Inc. et al.*
United States District Court Central District Court of California
Case No.: 5:20-CV-00553

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 800 Wilshire Blvd., Suite 1550, Los Angeles, California 90017.

On **September 11, 2020**, the document(s) entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

was served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]    **(BY THE COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

[X]    **(BY ELECTRONIC MAIL)** By causing the above-listed documents to be e-mailed to the person(s) at the e-mail address(es) set forth above.

**Executed on September 11, 2020 at Los Angeles, California.**

[X]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made..

Chadwick Cruz-Acosta
PRINT/TYPE NAME

LONDON FISCHER LLP
800 Wilshire Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240

{L0153982.1}    3
PROOF OF SERVICE

## SERVICE LIST
*Dedrian Small v. PayPro USA, Inc. et al.*
United States District Court Central District Court of California
Case No.: 5:20-CV-00553

| | |
|---|---|
| William Litvak, Esq.<br>DAPEER ROSENBLIT LITVAK, LLP<br>11500 W. Olympic Blvd., Suite 550<br>Los Angeles, CA 90064<br>T: (310) 477-5575<br>E : wlitvak@drllaw.com | Attorney for Plaintiff |
| Garrett O. Berg, Esq.<br>SHAMIS & GENTILE, P.A.<br>14 NE. 1st Ave., Suite 1205<br>Miami, FL 33132<br>T: (305) 479-2299<br>E : gberg@shamisgentile.com | Attorney for Plaintiff |
| Gary M. Klinger, Esq.<br>MASON LIETZ & KLINGER, LLP<br>227 W. Monroe St., Suite 2100<br>Chicago, IL 60606<br>T: (847) 208-4585<br>E : gklinger@masonllp.com | Attorney for Plaintiff |

LONDON FISCHER LLP
800 Wilshire Suite 1550
Los Angeles, CA 90017
T: (213) 404-0240