# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| BETTY REED,<br><br>             Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., a Corporation; and DOES 1-10 250, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00553 DSF (Ex)<br><br>*The Honorable Dale S. Fischer*<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)** |

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: March 18, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER